# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID MICHAEL STEINHAUER,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:08-CV-00619-LRH-(VPC)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (First Request) (#19), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#19) is **GRANTED**. Respondents shall have through May 15, 2009, to file and serve a response to Petitioner's Motion for Reconsideration (#17).

DATED this 11th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE