# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID MICHAEL STEINHAUER,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:08-CV-00619-LRH-(VPC)

**ORDER**

Respondents have submitted a Motion for Enlargement of Time (First Request) (#22), in which they ask for additional time to respond to the Petition (#10), and a Motion for Enlargement of Time (Second Request) (#23), in which they ask for additional time to respond to Petitioner's Motion for Reconsideration (#17).  Good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#22) is **GRANTED**.  Respondents shall have through June 29, 2009, to file and serve an answer or other response to the Petition (#12).

IT IS FURTHER ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#23) is **GRANTED**.  Respondents shall have through May 22, 2009, to file and serve a response to Petitioner's Motion for Reconsideration (#17).

DATED this 19th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE