# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID MICHAEL STEINHAUER,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:08-CV-00619-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (Second Request) (#30), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#30) is **GRANTED**.  Respondents shall have through August 13, 2009, to file and serve an answer or other response to the Petition (#12).

    DATED this 2nd day of July, 2009.

                                                  _____
                                                  LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE