# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MICHAEL STEINHAUER, | |
| Petitioner, | 3:08-cv-00619-LRH-VPC |
| vs. | ORDER |
| E. K. McDANIEL, *et al.,* | |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 13, 2009, respondents filed a motion for an extension of time to file their response to the petition. Good cause appearing, respondents' motion for an extension of time is **HEREBY GRANTED.** Respondents are **GRANTED** to and including September 28, 2009, in which to file and serve their response to petitioner's petition.

DATED this 17th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE