# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID MICHAEL STEINHAUER,  )
                          )
    Petitioner,           )   3:08-cv-00619-LRH-VPC
                          )
vs.                       )
                          )   ORDER
E. K. McDANIEL, *et al.,* )
                          )
    Respondents.          )
_____/

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 24, 2009, petitioner filed a motion for reconsideration of the court's order of April 1, 2009, denying petitioner's motion for appointment of counsel. (Docket #17.) Having reviewed and carefully considered petitioner's motion, the court finds no basis for reconsideration of its previous ruling. Accordingly, petitioner's motion for reconsideration is **HEREBY DENIED**. (Docket #17.)

    DATED this 30th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE