# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID MICHAEL STEINHAUER,  )
                           )
    Petitioner,            )   3:08-cv-00619-LRH-VPC
                           )
vs.                        )
                           )   ORDER
E. K. McDANIEL, *et al.,*     )
                           )
    Respondents.           )
_____/

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 2, 2009, petitioner filed a motion for an extension of time to file his response to respondents' motion to dismiss. (Docket #40.) Good cause appearing, petitioner's motion for an extension of time is **HEREBY GRANTED.** Petitioner is **GRANTED** to and including November 29, 2009, in which to file and serve his response to respondents' motion.

    DATED this 15th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE