# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID MICHAEL STEINHAUER,

    Petitioner,

vs.

E. K. McDANIEL, *et al.,*

    Respondents.

3:08-cv-00619-LRH-VPC

<u>ORDER</u>

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2009, respondents filed a motion for an extension of time to file their reply to petitioner's opposition to respondents' motion to dismiss. (Docket #47.) Good cause appearing, respondents' motion for an extension of time is **HEREBY GRANTED nunc pro tunc.** Respondents are **GRANTED** to and including February 8, 2010, in which to file and serve their reply.

    DATED this 9th day of February, 2010.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE