AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

DAVID MICHAEL STEINHAUER,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-cv-00619-LRH-VPC**

E.K. McDANIEL, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (ECF No. 12) is DENIED IN ITS ENTIRETY.
    FURTHER ORDERED AND ADJUDGED that petition is DENIED A CERTIFICATE OF APPEALABILITY.


   March 29, 2012                   **LANCE S. WILSON**
                                        Clerk


                                 /s/ Katie Lynn Ogden
                                 Deputy Clerk